Paul FRIZZELL, Plaintiff–Appellant,

v.

State of NORTH CAROLINA; Rebecca Thorne Tin, Mecklenburg County District Court Judge; Richard Bonner, Mecklenburg County Superior Court Judge; Mecklenburg County Sheriff's Office; Timothy Melton, Employment Security Legal Counsel; Thomas H. Hodges, Employment Security Chief Legal Counsel; Lynn R. Holmes, Employment Security Chairperson; Employment Security Commission of North Carolina, Public Appeals, Remote Services Center, Tax Department, Emergency Unemployment Compensation, Customer Service, Technical Support; David Glegg, Employment Security Chief Deputy; Thelma Hill, Employment Security Senior Deputy Commissioner; Manfred Emmrich, Employment Security Director of Employment Services; Mary Carol Lewis, Employment Security Director of Administrative Service; David Canady, Employment Security Director of Unemployment Insurance; Muriel K. Offerman, Employment Security Chairperson for Organizational Effectiveness; Larry Parker, Employment Security Acting

Director of Public Information; Betty McGrath, Employment Security Director of Labor Market Information; Ann G. Lasley, Employment Security Director of Human Resources; Kevin Carlson, Employment Security Assistant Chairman for Finance and Administration; Robert Cottrell, Employment Security Director of Information Services; Chinita Arcenaux, Employment Security Unemployment Insurance Benefits Integrity Manager; Paulette Woodward, Employment Security Benefits Technician; John H. Connell, NC Court of Appeals Clerk, Defendants–Appellees.

No. 12–1554.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Paul Frizzell, Appellant Pro Se.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Frizzell appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006), and the order affirming the magistrate judge's denial of Frizzell's motion to re-open the proceed-

ing. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny the motion for an injunction, and dismiss the appeal for the reasons stated by the district court. *Frizzell v. North Carolina,* No. 3:12–cv–00061–MOC–DCK (Feb. 3, 2012; Mar. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*